## (February 11, 1971)

Blum's, Inc., Respondent, v. Ferro Union Corporation, Appellant.—

Concur — Stevens, P. J., Capozzoli, McGivern, Nunez and Macken, JJ.